UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30385
Summary Calendar
_____


ROBERT HOWARD,

                              Petitioner-Appellant,

                    versus

BURL CAIN, Acting Warden, Louisiana
State penitentiary; RICHARD P. IEYOUB,
Attorney General, State of Louisiana,

                              Respondents-Appellees.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
(96-CV-83-E)
_____

September 16, 1996
Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Robert Howard (Louisiana prisoner #80968) appeals the dismissal of his habeas corpus petition on grounds of writ abuse. Having reviewed the record and briefs, we perceive no abuse of discretion and affirm for essentially the same reasons stated by the district court. See Howard v. Cain, No. 96-CV-83-E (E.D. La.

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

March 18, 1996).

AFFIRMED.